IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DANIEL RAY GARCIA, Institutional ID No. 101883, <br><br> Petitioner, <br><br> v. <br><br> MATTHEW KACSMARYK, et al., <br><br> Respondents. | 2:24-CV-153-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge ("FCR") (ECF No. 4). Petitioner filed objections ("Objections) (ECF No. 5), arguing that his inability to proceed pro se violates his Sixth Amendment rights, *id.* at 2.

These Objections are inapposite for at least two reasons. First, the Court recently granted Petitioner's request to proceed pro se in his criminal case, mooting both his Objections and his requested relief. *See* Case No. 5:23-cr-100-Z-BR-(1) at ECF No. 82 (granting Petitioner's request to proceed pro se). Second, Petitioner's failure to exhaust outstanding remedies in his criminal matter also suffice to deny his requested relief. *See* ECF No. 4 at 1–3 (explaining failure to exhaust remedies). Thus, after making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct. It is therefore **ORDERED** that the FCR is **ADOPTED** and this case is hereby **DISMISSED** without prejudice.

**SO ORDERED.**

August 21, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE